TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**FILED**

AUG 0 5 2026

U.S. MAGISTRATE JUDGE

BY_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

CHANG TAN,

                    Defendants.

Case No.  2:26-MJ- 561   -MDC

**CRIMINAL COMPLAINT**

VIOLATIONS:

Count One: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of Firearm by a Prohibited Person

Count Two: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of Ammunition by a Prohibited Person

BEFORE the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

COUNT ONE
Possession of Firearm by a Prohibited Person
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about August 4, 2026, in the State and Federal District of Nevada,

CHANG TAN,

defendant herein, knowing he had previously been convicted of a crime punishable by

1

imprisonment for a term exceeding one year, that is: Fraud Activity Connected with Computers (18 U.S.C. § 1030) in the United States District Court for the Northern District of Illinois on or about July 8, 2021, in Case No. 1:19-cr-701; Sale of Controlled Substance (NRS 453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about December 2, 2011, in Case No. C-274856-1, and; Sale of Controlled Substance (NRS 453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about September 23, 2011, in Case No. C-11-274459-1, knowingly possessed firearms, including a privately manufactured 5.56x45mm semi-automatic rifle constructed from a privately manufactured 3-D printed AR-15-pattern lower receiver bearing no serial number and an Aero Precision R-One 5.56x45mm upper receiver bearing no serial number, and eight privately manufactured 3-D printed AR-15-pattern lower receivers bearing no serial number, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate and international commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT TWO
Possession of Ammunition by a Prohibited Person
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about August 4, 2026, in the State and Federal District of Nevada,

CHANG TAN,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Fraud Activity Connected with Computers (18 U.S.C. § 1030) in the United States District Court for the Northern District of Illinois on or about July 8, 2021, in Case No. 1:19-cr-701; Sale of Controlled Substance (NRS 453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about December 2, 2011, in Case No. C-274856-1, and; Sale of Controlled Substance (NRS

2

453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about September 23, 2011, in Case No. C-11-274459-1, knowingly possessed ammunition, including more than 500 rounds of Hornady FR262 Frontier Cartridge 5.56 NATO 77 HPBT 5.56x45mm ammunition and Ammo Incorporated Stelth Subsonic .300 AAC Blackout ammunition, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate and international commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

PROBABLE CAUSE AFFIDAVIT

1. Your Complainant, Kelsey Nelson, as a Special Agent with the Federal Bureau of Investigation (ATF), states the following as and for probable cause:

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") Las Vegas Field Office, where I have served since January 2024. I am currently assigned to the Domestic Terrorism Squad within the Joint Terrorism Task Force in Las Vegas, Nevada. I am a graduate of the FBI Academy in Quantico, Virginia. The training that I received at the academy included formalized instruction in, among other things: familiarization with United States federal law, evidence collection, surveillance techniques, firearms qualifications, interviewing and interrogation techniques, defensive and law enforcement tactics, and operation and use of confidential sources. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. As an FBI Special Agent, I have conducted and participated in both state and federal investigations involving a variety of violations, including, but not limited to, threatening communications, civil disorders, sexual exploitation of children, possession of

3

child sexual abuse materials, and destructive devices. During these investigations, I have participated in and/or served as the primary case agent in cases involving various types of investigative techniques, including the use of electronic surveillance, utilizing online undercover government employees, and obtaining various account information using subpoenas and search warrants. I have also conducted physical surveillance operations and have experience in recognizing tactics employed by targets of investigations to thwart law enforcement surveillance. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. I have received training in reviewing and analyzing cellular location data and cellular call detail records. In the course of my employment as a Special Agent with the FBI, I have received training regarding the application for and execution of both search and arrest warrants. I have executed numerous federal arrest warrants and search warrants, resulting in the successful prosecution of defendants.

4.     I have been involved in an investigation which is the subject of this Affidavit. Due to my personal participation in this investigation and reports made to me by other FBI agents and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents and firearm examiners, I am familiar with the facts and circumstances surrounding the investigation. My training and experience as a Special Agent, including participation in this investigation, form the basis for opinions and conclusions set forth below. While I have participated in the below described investigation, I have not provided every fact known to me within this Complaint. Rather, I have included only those facts necessary to establish probable cause.

FACTS ESTABLISHING PROBABLE CAUSE

4.    An investigation by the FBI Las Vegas Field Office has determined that on August 4, 2026, Chang TAN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, possessed firearms and ammunition in Las Vegas, Nevada.

5.    The FBI Las Vegas Field Office was notified of X user, riley_huds67090, doxing public figures and potentially manufacturing ghost guns on or about November 12, 2025.

6.    Based on my training and experience, I know the term "ghost gun" refers to a fully functional firearm that was not manufactured by a licensed firearms dealer and lacks a serial number. One method of obtaining a ghost gun is through 3D printing the lower receiver where the serial number is traditionally located. The 3D printed lower receiver can be combined with legally obtained components to assemble a fully functional firearm.

7.    An Emergency Disclosure Request (EDR) was served to X for subscriber and Internet Protocol (IP) address information which resulted in an associated email address of hudsonriley786@gmail.com and a list of IP addresses recently used.

8.    An EDR was served to Google for the email address, hudsonriley786@gmail.com, for subscriber and IP address information. The user information associated with email address hudsonriley786@gmail.com came back under the name Riley Hudson with a list of recent IP addresses.

9.    Most of the IP addresses resulted in virtual private networks (VPNs). Based on my training and experience, I know that VPNs are often used to obfuscate a user's true location. A few of the resulting IP addresses were not VPNs. An EDR to Internet Service

5

Provider (ISP) Cox Communications for one of the true IP addresses used by X user, riley_huds67090, resulted in a subscriber living on North Arlington Street in Las Vegas, Nevada.

10. The FBI queried open source and various databases for that subscriber with the North Arlington Street address in Las Vegas, Nevada. Chang TAN was associated with that address. Based on additional open source and database queries, TAN appeared to possess several commonalities with X user riley_huds67090 based on numerous posts, to include prior military experience, authoring a cyber warfare book, and obtaining a degree in accounting.

11. A review of the IP addresses obtained from the EDR from X user riley_huds67090 resulted in a true IP address, 187.190.213.119. An open-source search of that IP address identified it as being operated by the ISP Total Play Telecommunicaciones out of Mexicali, Mexico. A review of legal returns from Apple Inc. relating to Chang TAN resulted in the IP address, 187.190.213.119, being used during a purchase around the same time the IP address was used by X user riley_huds67090.

12. Based on the aforementioned facts, it is reasonable to believe that TAN is the user of X account riley_huds67090.

13. The FBI reviewed user riley_huds67090's posts on X and located numerous posts about cyber warfare, ransomware, 3D printed guns, shooting ranges, and threatening and doxing towards various public figures. Below are some screen captures taken from the X account of various posts made by TAN.



7









14.    On or about January 3, 2026, TAN made a post indicating that he is making money by conducting ransomware attacks on various companies and ethnic groups. The post indicated that the user made over $140,000 in "passive income" by conducting those attacks. The post also contains a photo of someone, presumably the user with his face blocked with an emoji, holding a firearm. Below is a screen capture of the X post.

11



15. On or about January 18, 2026, the FBI queried the National Crime Information Center (NCIC) for TAN. On April 25, 2011, TAN was arrested by Las Vegas Metropolitan Police Department. TAN was convicted of the Sale of a Controlled Substance and Transportation of a Controlled Substance, felony charges. On September 5, 2019, TAN was arrested by the FBI for Computer Fraud and Abuse. TAN was convicted of that charge and sentenced to 18 months in prison and three years of supervised release.

16. Court records show that TAN was convicted of Fraud Activity Connected with Computers (18 U.S.C. § 1030) in the United States District Court for the Northern District of Illinois on or about July 8, 2021, in Case No. 1:19-cr-701; Sale of Controlled Substance (NRS 453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about December 2, 2011, in Case No. C-274856-1, and; Sale of Controlled Substance (NRS 453.321) in the Eighth Judicial District Court, Clark County, Nevada, on or about September 23, 2011, in Case No. C-11-274459-1. Each of those three offenses is punishable by punishable by imprisonment for a term exceeding one year. Because TAN

12

received a custodial sentence that exceeded one year in each of those three convictions, TAN knows that each of those three offenses is punishable by punishable by imprisonment for a term exceeding one year.

17. On or about July 27, 2026, TAN made a post on his Substack account titled, "DEFCON Prep". TAN articulated that he wipes his phone when he travels from Mexico to the United States. TAN also stated that he makes a forensic image of his laptop computer and places it on an external hard drive prior to travel in case of any hacking or tampering of his computer in the United States.

18. According to open-source research, Substack is a publishing platform that allows writers and creators to send digital content directly to subscribers via email. It is a hybrid between a blog, a newsletter, and a social network.

19. On or about December 15, 2025, TAN made a post on X containing a photo of cost estimates for various firearms components. The photo is accompanied with the following text: "This, is a approximately more or less, $3,820, belt-fed LEGAL machine gun build. You can swap the forced reset trigger with a super safety instead and both have cyclic rates of fire similar to legitimate auto sears." The post indicates that TAN knows how to convert a semi-automatic firearm into a fully automatic one. It also suggests that TAN could be producing fully automatic firearms. Below is a screen capture of the X post.

13



20.    On or about December 11, 2025, TAN made a post on X containing a photo of two firearms and ammunition with the caption, "Yeah. I don't think I can open carry any except these black PolyMakers and only if I print on some fake serial numbers". Based on the statement about printing fake serial numbers, I know that the referenced firearms are likely ghost guns. The statement also suggests that TAN is aware it is illegal to carry firearms without serial numbers. Below is a screen capture of the X post.

14



Fella Mexicana 🔫▪️▪️◦◦▪️ @riley_huds67090          11 Dec 2025
Yeah. I don't think I can open carry any except these black PolyMakers and only if I print on some fake serial numbers 😊

21.    On or about January 22, 2026, the FBI received an alert from U.S. Customs and Border Protection (CBP) indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into the United States using the Calexico point of entry.

22.    On or about January 28, 2026, the FBI received an alert from CBP indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into Mexico using the Calexico point of entry.

23.    On or about March 29, 2026, the FBI received an alert indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into the United States using the Andrade point of entry.

15

24.     On or about March 31, 2026, the FBI conducted surveillance on Chang TAN. At approximately 9:54 AM PDT, TAN was observed exiting the SUBJECT PREMISES and entering the SUBJECT VEHICLE. At approximately 1:56 PM PDT, TAN was observed arriving at Bass Pro Shops, located at 8200 Dean Martin Dr, Las Vegas, NV 89139. TAN was observed in the shooting department browsing items at the optic and knife counters. TAN was also observed looking at .300 blackout ammunition. A photograph was taken of TAN browsing the ammunition at Bass Pro Shops, which is pictured below.



25.     On or about April 2, 2026, the FBI received an alert from CBP indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into Mexico using the Calexico point of entry.

26.     On or about May 12, 2026, the FBI received an alert from CBP indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into the United States using the Calexico point of entry.

27.     On or about May 15, 2026, the FBI received an alert from CBP indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into Mexico using the Calexico point of entry.

28.     On or about May 18, 2026, TAN made a post on his Substack account titled, "Discount Death 262". The post described TAN's personal experience acquiring various legally obtained firearm components to assemble onto a 3D printed lower receiver. TAN outlined tips and lessons he learned while assembling his own firearm. He provided photos at various angles and stages of his firearm assembly to further illustrate his knowledge. TAN ended the article by discussing what types of ammunition to utilize and where to acquire them. Below are a few screen captures of his article.

crackamphetamine.**substack.com**/p/discount-death-262

Chang's Substack

### Initial build issues

Well, I want to show you my gunsmithing experience. For one, I thought that I needed a rifle length buffer system, including a rifle buffer tube. Unfortunately, my baseline printed receiver build, Ecmo concepts AR-15, is a simple design, and I did try to use it, but the three dimen of the buffer tower actually didn't allow enough clearance for me to reach it.



So the three dim of the rifle length buffer system didn't leave enough room for threads to screw into the lower receiver's buffer tower. It's a subtle but important concept. It requires a completely different buffer system. Remember, for top printed lower, you have to use a carbine length buffer tube or a compact carbine

crackamphetamine.**substack.com**/p/discount-death-262

## Major modification one: G2S Two-Stage Trigger

But let's just move on to the notable part of the system: the 4.5-pound two-stage trigger. And I got that because of the money I saved from a discount scope, which was less than half the retail price of a premium optic. But I'll get to that later.

So, I'm using a Geissele G2S. The G2S two-stage trigger, compared to the SSA, which is pretty much double the price, is slightly different in how it breaks. They call it a crisp break on a G2S versus a carrot break on the SSA. A crisp break, although I like to describe it better, is a KitKat bar break. But I guess you can't trademark a break, so they name their is like that, I don't know. It feels more like snapping a KitKat — fragile and sudden, rather than a soft shear.



It also is relatively robust, but first, don't mix up your trigger assembly parts. Instead of two pins, they have a distinct retaining clip system for the hammer pins. It uses a small retaining ring — that's what it specifically said on the box — and they give you two unique pins, three notches instead of two for trigger and hammer. I actually lost one retaining clip. I dropped one of mine, and I'm like, "Yeah." To hold the hammer pin inside your receiver, you must install it and make sure you don't lose the spring. Your cartier replacements for free, so you can buy an $18.50 for pins and retaining clips from Geissele shipped to your door. Oh, yes, there is a third warning about that: for some reason, the box I got had the hammer spring installed backwards. So the orientation in the box was not the orientation it's supposed to be installed. I was looking at it, and then reversed the spring, and it worked.

crackamphetamine.**substack.com**/p/discount-death-262

### Major modification two, the optic

Finally, there's the optic. As you can see in the picture, it's a little bit off, basically I was testing my eye relief with the carbine stock retracted all the way forward. Because of that, I ended up accidentally mounting the scope about a whole inch too far down the rail.



A better way to do this - and you can see this on other people's YouTube videos - is to notice that the eyepiece is usually perfectly flush with the very back of the upper receiver, right where the buffer tower meets the upper receiver. So for me, I'm going to move the scope all the way back. You're not going to be able to comfortably shoot with your adjustable stock extended if you don't move the scope back a little bit. Mind you, a whole inch makes a massive difference in eye relief. So I'll be tinkering and settling with this for a while to make sure that it works and can be shot comfortably.

### Mounted by POS Cabela's Cantilever Mount



crackamphetamine.substack.com/p/discount-death-262

Chang's Substack

Designed to be fed with Mk262 rounds (Sierra and Tipped MatchKings)

29.     Based on legal returns from Mastodon Inc., username @crackamphetamine@cyberplace.social is associated with email address ctanlister@gmail.com and IP address 187.190.213.119, both are known to be associated with TAN.

30.     On or about May 30, 2026, TAN made a post on his Mastodon account, which detailed his personal experience with manufacturing particular firearms and what ammunition to utilize. TAN included the same images of weapons he allegedly assembled himself as he posted on his Substack account.



**Slayerranger/Crackamphetamine**
@crackamphetamine                                                    ⊘ 1d

**Custom firearm flex keep scrolling if no gusto :/**

Hide post

In the trigger pocket/fire control unit lies a Geissele G2S two stage combat trigger totaling no more than 4.5 pounds trigger pull. :3

The scope, I replaced that Vortex Diamondback with a Athlon Argos BTR Gen 2 Illuminated Scope 😊 (sry, I had to bring the scope back by 1cm behind the rail)

And it fires FR262s, Open Tipped Match (OTM) Sierra MatchKings and optionally, Black Hills Tipped MatchKings. 🛡

substack.com/@changtan/note/p-...



31.    On or about January 9, 2026, TAN posted a video on X of someone, presumably himself, shooting a firearm he allegedly built at an unknown outdoor location.

The weapon appeared to fire based on the audio and visible recoil of the firearm. In the video, TAN's face is blocked out. The video is captioned with, "Even my first one worked, out of 11 built! My final ones are of superior quality! PolyMaker PolyLite PLA Pro!" Below is a screen capture of the X post.



32.     On or about March 2, 2026, TAN a video on X of someone, presumably himself, shooting a firearm he allegedly built at an unknown outdoor location. The weapon appeared to fire based on the audio and visible recoil of the firearm. In the video, TAN's face is blocked out. The video is captioned with, "Not sure why they sound different on camera. They sound exactly the same. Angle? Like film farther away? Both are 3D printed guns. First, .300AAC subsonics against a metal target. Second, 5.56 M193 supersonic while zeroing and breaking in." Below is a screen capture of the X post.



33. On or about June 2, 2026, the FBI received a legal return from Capital One regarding Chang TAN. TAN applied for a Bass Pro Shops Club Card, issued through Capital One, in November of 2021. Beginning on October 21, 2025, there were recurring monthly charges from Extra Space Storage, store number 1737, located in Las Vegas, Nevada.

34. An online search for Extra Space Storage, store number 1737, in Las Vegas, Nevada, resulted in an address on East Bonanza Road in Las Vegas, Nevada.

35. Legal returns from Extra Space Storage on East Bonanza Road in Las Vegas, Nevada, indicated that Chang TAN had rented a particular unit since October 21, 2025. The unit is a 5 x 5 air-cooled unit.

36. On or about October 26, 2025, TAN posted on X utilizing account, riley_huds67090, "I have these stashed away back in a storage unit near my old place."

The post also talks about "SBRs". Based on my training and experience, I know the term "SBR" in this context likely refers to short barrel riffles. The post suggests that TAN has firearms stashed in the storage unit East Bonanza Road in Las Vegas, Nevada. An open-source search indicated that the storage is approximately 1.5 miles away from the address on North Arlington Street in Las Vegas, Nevada. Below is a screen capture of the post.



37.    The Capital One legal return identified a transaction made by TAN on or about July 8, 2025 at SP Creality USA in Commerce, California for approximately $421.57. A review of Creality USA's website indicated that this company sells 3D printers.

38.    On or about March 7, 2026, TAN posted on X utilizing account, riley_huds67090, about 3D printed gun components. In the post, TAN asked about

obtaining the scan for a lower receiver so he could print it and purchase the upper receiver to complete the firearm. Below is a screen capture of the post.



39.    A review of the Capital One legal return also resulted in numerous charges from various companies who sold firearms, firearm components, and ammunition.

40.    Legal returns from AR15Discounts.com from July 2025 to April 2026 indicated that TAN purchased stock kits, carbine stock and buffer kits, AR-15 lower parts kits, a 5.56 bolt carrier group, a 5.56 barrel, and a stock. All the items purchased from this company were purchased by Chang TAN and delivered to the address on North Arlington Street in Las Vegas, Nevada. The specific items TAN purchased are listed and pictured below.

a. A2 Stock Kit



b. OEM Mil-Spec AR-15 Lower Parts Kit



c. Mil-Spec Carbine Stock and Buffer Kit



d. Aero Precision M4E1 Threaded Complete Upper 7.5" 5.56 Barrel ATLAS R-ONE 7" M-LOK HG – Anodized



e.  Omega Stock



f.  BCA M16 Profile 5.56 NATO Complete Bolt Carrier Group – Black Nitride



g.  Omega AR-15 Lower Build Kit





41.    Legal returns from Palmetto State Armory from August to September of 2025 indicated that TAN purchased a 300AAC Blackout Nitride 6" upper receiver, a 5.56 full-auto bolt carrier group, a charging handle, and front and rear sights. All the items purchased from this company were purchased by Chang TAN and delivered to the address on North Arlington Street in Las Vegas, Nevada. The specific items TAN purchased are listed and pictured below.

30

a. PSA 7.5" 300AAC Blackout Nitride 6" Lightweight M-Lok Upper Without BCG & CH



b.   PSA AR-15 Bolt Carrier Group 5.56 Full-Auto Nitride MPI – 516446953M



c.   PSA AR-15 Charging Handle 7075 T6 Forged Mil-Spec – 24080



d.  Magpul MBUS Gen 3 Folding Front Sight, Black - MAG1166-BLK



e.  Magpul MBUS Gen 3 Folding Rear Sight, Black - MAG1167-BLK



42.    Legal returns from Bass Pro Shops from October 2025 to May 2026 indicated that TAN purchased a rifle scope, Hornady Frontier 5.56x45mm ammunition, Winchester USA 5.56x45mm M193 ammunition, and Hornady Critical Defense .223 Remington ammunition. All the items purchased from this company were purchased by Chang TAN. The rifle scope and the Hornady Frontier 5.56x45mm ammunition were

purchased online and delivered to the address on North Arlington Street in Las Vegas, Nevada. The Winchester USA 5.56x45mm M193 ammunition and Hornady Critical Defense .223 Remington ammunition were purchased via the retail store in Las Vegas, Nevada.

43.     Legal returns from Gman Sporting Arms from September 2025 indicated that TAN purchased .300 Blackout with Hornady 190 grain Sub-X ammunition. The purchased item from this company was purchased by Chang TAN and delivered to the address on North Arlington Street in Las Vegas, Nevada.

44.     On or about June 13, 2026, TAN posted on his Mastodon account the following, "I was ordering .300AAC sub-X's but the guy mixed my order up and gave me 150 rounds of PSA DPX's." "Also learned FR262 is a store brand Hornady Open Tip Match and not a Sierra MatchKing but the whole round is less than half the cost. And I just had 500 shipped to my door." The post indicates that TAN recently acquired 500 more rounds of ammunition to his residence.

45.     Based on my training and experience, I know that individuals who manufacture ghost guns often conceal their 3D printers, firearms, and firearm components. Based on information that TAN rented a storage unit, I know that location could conceal weapons, components, ammunition, and 3D printers used to manufacture firearm components.

46.     Based on a post from Chang TAN's YouTube account with the username, changtan389, TAN captured himself and the inside of the SUBJECT PREMISES via video recording. The video began in the bathroom where TAN described the lack of running water in the residence. TAN then moved through his bedroom and into what appeared to be the garage to show a bucket the family had been using as a toilet. TAN

exited the garage, reentered the residence, and flipped the camera on his recording device to show himself. The recording identified his bathroom sink and his bed, which contained a unique pattern on the bedspread. Both locations are places captured in photographs posted or sent by TAN containing firearms and firearm components. Below are screen captures from the YouTube video.



F\*cking getting stalked by cops and my family has no running water or internet (Cox is a ICE Contrac

Chang Tan
361 subscribers

Subscribe

35



36

F*cking getting stalked by cops and my family has no running water or internet (Cox is a ICE Contrac

Chang Tan
361 subscribers    Subscribe

47. I am aware that TAN primarily resides in Mexico with relatives remaining in Las Vegas, Nevada. TAN frequently travels to and from the Las Vegas area. It is likely that TAN purchased and received firearm components and ammunition at the SUBJECT PREMISES and transported at least some of the materials down to his primary residence in Mexicali, Mexico.

48. In a YouTube video posted by user changtan389 on or about June 25, 2026, titled "Internet down: Lets talk about ballistics!", TAN stated that it is illegal to bring guns into Mexico, and it is illegal to possess ammunition in Mexico. TAN recommended dropping firearms in Blithe, California before entering Mexico.

49. Also in the YouTube video, "Internet down: Lets talk about ballistics!", TAN stated that he's getting "pissed off again". He also stated, "but everything I say does

not imply that I actually possess a gun." This statement suggests TAN is aware of the fact that he is not legally allowed to possess a firearm.

50. TAN made several posts on X utilizing the account, riley_huds67090 doxxing public figures.

51. TAN utilized his X account, riley_huds67090, to post threating messages toward various public figures. Several of those posts are shown in the screen captures below.



38



 **Fella Mexicana** ▮ ▮▪ ▬ ▣▪▮▭

I am going to get my money              whether it's in Texas, Honduras, or Greenland.

Gonna shoot you in the belly and the goo comes out just like South Park





Fello Mexicano
@riley_huds67000

Hey @elonmusk

I'm going to send someone with a .500 Auto Max AR to your spoiled kid's school

4h

Breaking: I just got assaulted by an Antifa agitator outside the ICE facility in Portland.

The suspect walked up to me and hit me in the face with her **flag pole**, swinging it like a

**Post not sent**

We're sorry, we weren't able to send your post. Would you like to retry or save this post in drafts?

Go to drafts

Retry

OK

3d

trying to deny the Canadian **flag** burning happened despite the fact it was on video. Great compilation by

3:24 AM · Oct 1, 2025 · **22** Views



52.     TAN has utilized several different online platforms to threaten various individuals. TAN shared a screen capture on his Mastodon account on or about June 16, 2026, showing some LinkedIn posts he made. In the screen capture, TAN responded to an individual. TAN sent a picture of a gun followed by another message stating, "This gun can open up your skull at 700m. You are going to die." The comments were removed by LinkedIn for threats and incitement to commit violence as indicated by the screen capture shared by TAN. The photo of the gun posted by TAN appears to be the same gun shared on TAN's Mastodon and Substack accounts. Below is a screen capture of the photo TAN shared.

42





Chang Tan · You

Certified MCSI MCD, APT-Hunter, Author of Ulti...

now ·

#scammers are informants

If I find out you end up in a federal prison, I will put a hit on you. Money in the books for the first person to castrate you.

Fuck this fucking platform.

Your comment

Chang Tan

Actions you can take

53.    In the YouTube video, "Internet down: Lets talk about ballistics!", TAN described how most criminals want to use short-barreled rifles, also known as AR pistols or "Truck Guns". TAN stated that the best way to shoot a human and not kill them is in the pelvis because it shatters the pelvis and they can't run away. TAN stated that the person would be unable to move and could only scream. The screams would alert associates of the person which would allow you to kill them too. TAN also discussed that an AR pistol can penetrate body armor and vehicles, to include law enforcement vehicles. TAN stated that the AR pistol round could penetrate both doors of a vehicle, impacting

the occupants. TAN described how a criminal would shoot someone with a burst of 12 9mm rounds in the back with a switch. TAN proceeded to laugh after making this statement. TAN continued to say that the bullets would rip their back open and kill them pretty quickly. TAN described how easy it is to shoot up a cop car or a cop with soft body armor using certain types of ammunition which would "punch right through, even out of a 7.5" barrel".

54.     Based on the violent statements made by TAN and the indication that TAN has access to weapons in his possession, there is strong concern about TAN's intentions and capabilities. TAN expressed his anger towards various people using violent rhetoric, which often included the use of a firearm.

55.     On August 3, 2026, the FBI received an alert from CBP indicating that TAN and his associated Nissan Altima bearing Nevada license plate 2479B8 crossed the border into the United States via the Calexico Port of Entry.

56.     That same day, August 3, 2026, I obtained warrants in this District authorizing searches of the residence on North Arlington Street in Las Vegas, Nevada; the person of Chang TAN; the storage unit on East Bonanza Road in Las Vegas, Nevada, and; Nissan Altima bearing Nevada license plate 2479B8.

57.     The morning of August 4, 2026, FBI executed the search warrant on the residence on Arlington Street in Las Vegas, Nevada. FBI seized more than 500 rounds of 5.56x45mm ammunition, including a box of 500 rounds of Hornady FR262 Frontier Cartridge 5.56 NATO 77 HPBT 5.56x45mm ammunition located in the bedroom known to be occupied by TAN. FBI also seized a 30-round magazine containing 5.56x45mm ammunition from TAN's known bedroom.

58. Later that same day, August 4, 2026, FBI executed the search warrant on the storage unit on East Bonanza Road in Las Vegas, Nevada. The storage unit is rented by TAN and paid for by his known Capital One credit card. The FBI seized a privately manufactured 5.56x45mm semi-automatic rifle constructed from a privately manufactured 3-D printed AR-15-pattern lower receiver bearing no serial number and an Aero Precision R-One 5.56x45mm upper receiver bearing no serial number, and eighteen privately manufactured 3-D printed AR-15-pattern lower receivers bearing no serial number, each a firearm, two more AR-15 pattern upper receivers, various types of 5.56x45mm and .300 Blackout ammunition, including and Ammo Incorporated Stelth Subsonic .300 AAC Blackout ammunition, a suspected privately made 3D printed silencer, pending further evaluation by the ATF, various firearm parts and accessories, a Crealty 3D printer, and tools to assemble firearms.

59. ATF Firearm Examiners informed me that the Hornady FR262 Frontier Cartridge 5.56 NATO 77 HPBT 5.56x45mm ammunition and the Ammo Incorporated Stelth Subsonic .300 AAC Blackout ammunition were manufactured outside the State of Nevada, so had been shipped or transported in interstate commerce before TAN came to possess them.

60. On August 4, 2026, I made a probable cause arrest of Chang TAN for the offenses set forth in this Complaint.

CONCLUSION

61. Based upon the information set forth in this application, I respectfully submit that there is probable cause to believe that Chang TAN violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8), Possession of Firearms and Ammunition by a Prohibited Person,

on or about August 5, 2026, in the State and Federal District of Nevada, as described above.

Respectfully Submitted,

Special Agent Kelsey Nelson
Federal Bureau of Investigation

Sworn and subscribed before me on August 5, 2026.

THE HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE