**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHANG TAN,

Defendant.

Case No. 2:26-mj-00561-MDC

**ORDER**

FINDINGS OF FACT

Based on the stipulation of the parties, with good cause appearing, and the best interest of justice being served:

1. Additional time is needed for the parties to explore the potential for a pre-indictment resolution.

2. The parties need additional time to prepare for the preliminary hearing. Defense counsel also requires additional time to meet with Mr. Tang.

3. The defendant is in custody and consents to extension of the time for a preliminary hearing. The parties agree to the continuance.

4. Continuance of the preliminary hearing will serve public interest in the prompt disposition of criminal cases by allowing counsel for the defendant an opportunity to engage government counsel regarding potential resolution prior to a likely indictment in this matter.

5. The extension requested by this stipulation is allowed with the defendant's consent under the Federal Rules of Criminal Procedure 5.1 (d).

6. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

ORDER

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for August 20, 2026, at 4:00 p.m., be vacated and continued to October 19, 2026, at the hour of 4:00 p.m.

IT IS SO ORDERED this 17th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE